KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

HAYWOOD S. GILLIAM, JR. (CASBN 172732)
DAVID DENIER (CASBN 95024)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    E-mail: haywood.gilliam@usdoj.gov
           david.denier@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0565 SI |
|     Plaintiff, ) | |
|     v. ) | [~~PROPOSED~~] ORDER EXCLUDING TIME |
| PRISCILLA HUNTER, ) MICHELLE CAMPBELL, ) IRIS MARTINEZ, ) MICHAEL HUNTER, ) DARLENE CRABTREE, ) ALLAN CRABTREE, and ) FRED NAREDO, ) | |
|     Defendants. ) | |

    This matter came before the Court on August 30, 2006 for arraignment. Counsel for the United States appeared, as did each defendant. At the hearing, Assistant Federal Public Defender Elizabeth Falk was appointed to represent Michelle Campbell. The Court set a further hearing on

[~~PROPOSED~~] ORDER EXCLUDING TIME
CR 06-0565 SI

1  September 6, 2006 for identification of counsel for the other defendants, and also scheduled a
2  trial setting hearing before the Honorable Susan Illston on September 8, 2006.
3      At the hearing, the Court found (and counsel for the government, Ms. Falk and the
4  defendants all agreed) that the exclusion of time between August 30, 2006 and September 8,
5  2006 was appropriate under the Speedy Trial Act, Title 18, United States Code, Sections
6  3161(h)(8)(A) and (h)(B)(ii) and (iv). The Court so found based on the need for adequate
7  preparation on the part of the defendants and their counsel and the need to avoid unreasonably
8  denying the defendants continuity of counsel in light of the as-yet-unsettled representation
9  arrangements for six of the defendants. The Court found, without objection, that the ends of
10 justice served by granting the requested continuance outweigh the best interest of the public and
11 the defendants in a speedy trial and in the prompt disposition of criminal cases.
12     For the foregoing reasons, and those discussed on the record at the August 30, 2006
13 hearing, the Court HEREBY ORDERS the period between August 30, 2006 and September 8,
14 2006 excluded from the speedy trial calculation under Title 18, United States Code, Sections
15 3161(h)(8)(A) and (h)(B)(ii) and (iv).

17 IT IS SO ORDERED.

19 DATED: __9/5/6__

HONORABLE JOSEPH C. SPERO
United States Magistrate Judge

[PROPOSED] ORDER EXCLUDING TIME
CR 06-0565 SI     2