KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

HAYWOOD S. GILLIAM, JR. (CASBN 172732)
DAVID DENIER (CASBN 95024)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    E-mail: haywood.gilliam@usdoj.gov
           david.denier@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PRISCILLA HUNTER,<br>MICHELLE CAMPBELL,<br>IRIS MARTINEZ,<br>MICHAEL HUNTER,<br>DARLENE CRABTREE,<br>ALLAN CRABTREE, and<br>FRED NAREDO,<br><br>    Defendants. | No. CR 06-0565 SI<br><br>[PROPOSED] ORDER EXCLUDING TIME |

       This matter came before the Court on September 8, 2006 for a status conference. All defendants appeared with counsel. At the hearing, counsel for the United States explained that approximately 80 boxes of discovery have been made available for review by defense counsel.

[PROPOSED] ORDER EXCLUDING TIME
CR 06-0565 SI

1 | The parties explained that they plan to meet and confer promptly with the Court's CJA discovery
2 | coordinator to discuss a plan for cost-effectively and expeditiously distributing discovery
3 | materials to defense counsel.
4 |     Counsel for the government and for the defendants, as well as each defendant, agreed,
5 | and the Court found, that the exclusion of time between September 8, 2006 and December 1,
6 | 2006 was appropriate under the Speedy Trial Act, Title 18, United States Code, Sections
7 | 3161(h)(8)(A) and (h)(B)(ii) and (iv), based on the complexity of the case and the need to avoid
8 | denying defense counsel the reasonable time necessary for effective preparation, given the large
9 | volume of discovery to be reviewed. The parties agreed that the ends of justice served by
10 | granting the requested continuance outweigh the best interest of the public and the defendant in a
11 | speedy trial.
12 |     For the foregoing reasons, and those discussed on the record at the September 8, 2006
13 | status conference, and good cause appearing, the Court HEREBY ORDERS the period between
14 | September 8, 2006 and December 1, 2006 excluded from the speedy trial calculation under Title
15 | 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(ii) and (iv). The Court finds
16 | exclusion appropriate based on the complexity of this matter and the need to avoid denying
17 | defense counsel the reasonable time necessary for effective preparation, taking into account the
18 | exercise of due diligence. The Court finds that the ends of justice served by granting the
19 | requested continuance outweigh the best interest of the public and the defendant in a speedy trial
20 | and in the prompt disposition of criminal cases.

DATED: 9/8/06

SUSAN ILLSTON
United States District Judge

[PROPOSED] ORDER EXCLUDING TIME
CR 06-0565 SI     2