1  EUGENE ILLOVSKY (CA SBN 117892)
   EIllovsky@mofo.com
2  MORRISON & FOERSTER LLP
   101 Ygnacio Valley Road, Suite 450
3  P.O. Box 8130
   Walnut Creek, California 94596-8130
4  Telephone: 925.295.3300
   Facsimile: 925.946.9912
5
   Attorneys for Defendant
6  DARLENE CRABTREE

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            Case No.  CR 06-0565 SI

12            Plaintiff,                 DEFENDANT DARLENE
                                         CRABTREE'S APPLICATION
13    v.                                 FOR WAIVER OF APPEARANCE
                                         AND [PROPOSED] ORDER
14 PRISCILLA HUNTER, et al.,

15            Defendants.

16

17        Defendant Darlene Crabtree, having been advised of her right to be present at all stages of the

18 proceedings, hereby waives the right to be present at the hearing of any future conferences or motions

19 or hearings upon questions of law in this case (Fed. R. Crim. Proc. 43). Crabtree asks the Court to

20 proceed during every absence the Court may permit pursuant to this waiver, and agrees that her

21 interests are represented at all times by the attorney appointed to represent her as if she were

22 personally present in Court. Crabtree further agrees that notice to her attorneys requiring her

23 presence in Court on a particular day at a particular time is notice to her that her appearance at that

24 time and place is required.

25    Dated: January 31, 2007

26                                            *Darlene Crabtree* (signature)
                                              Darlene Crabtree
27

28

DEF. DARLENE CRABTREE'S APP. FOR WAIVER OF APPEARANCE                              1
CR 06-0565 SI
wc-128181

1  I am an attorney of record for defendant Darlene Crabtree in the above-entitled case and I
2  hereby approve of the above waiver of defendant Darlene Crabtree.

3  Dated: January **31**, 2007                    EUGENE ILLOVSKY
4                                                 MORRISON & FOERSTER LLP

5
6  By: _/s/ Eugene Illovsky_____
         Eugene Illovsky
7
   Attorneys for Defendant
8  DARLENE CRABTREE

9

10                          **[PROPOSED] ORDER**

11     For the reasons set forth in this application, and good cause shown, the defendant Darlene
12  Crabtree's waiver of appearance for conferences and motions or hearings upon questions of law is
13  hereby GRANTED.

14     IT IS SO ORDERED
15  DATED: _____
                                                THE HONORABLE SUSAN ILLSTON
16                                              UNITED STATES DISTRICT COURT JUDGE

DEF. DARLENE CRABTREE'S APP. FOR WAIVER OF APPEARANCE                                    2
CR 06-0565 SI
wc-128181