DORON WEINBERG
(SBN 46131)
WEINBERG & WILDER
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile: (415) 552-2703

Attorney for Defendant PRISCILLA HUNTER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-0565 SI |
| Plaintiff, | DEFENDANT PRISCILLA HUNTER'S APPLICATION FOR WAIVER OF PERSONAL APPEARANCE; (PROPOSED) ORDER |
| v. | |
| PRISCILLA HUNTER, et al., | |
| Defendants. | |

Defendant PRISCILLA HUNTER, having been advised of her right to be present at all stages of the proceedings, hereby waives the right to be present at the hearing of any future conferences of motions or hearings upon questions of law in this case (Fed. R. Crim. Proc. 43). Defendant Hunter asks the Court to proceed during every absence the Court may permit pursuant to this waiver, and agrees that her interests are represented at all times by the attorney appointed to represent her as if she were personally present in Court. Defendant Hunter further agrees that notice to her attorney requiring her presence in Court on a particular day at a particular time is notice to her that her appearance at that time and place is required.

Dated: 2-1-07

PRISCILLA HUNTER

Defendant Priscilla Hunter's Application for
Waiver of Personal Appearance; (Prop.) Order
CR 06-0565 SI                                          1

**(PROPOSED) ORDER**

For the reasons set forth in this application, and good cause shown. defendant Priscilla Hunter's waiver of personal presence for the conferences and motions or hearings upon questions of law is hereby GRANTED.

**IT IS SO ORDERED**

DATED: _____

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Defendant Priscilla Hunter's Application for
Waiver of Personal Appearance; (Prop.) Order
CR 06-0565 SI

2