UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR-06-0565-SI |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | [PROPOSED] ORDER EXCLUDING |
| PRISCILLA HUNTER, MICHELLE ) | TIME UNDER SPEEDY TRIAL ACT |
| CAMPBELL, IRIS MARTINEZ, MICHAEL ) | |
| HUNTER, DARLENE CRABTREE, ALLAN ) | |
| CRABTREE, FRED NAREDO, and ) | |
| KATHY REDHORSE-STALLWORTH, ) | |
| ) | |
| Defendants. ) | |

This matter came on for status and trial setting on May 16, 2008 at 11:00 a.m. The matter was set for further status and trial setting on July 11, 2008 at 11:00 a.m.

The time from May 16, 2008 through July 11, 2008, is excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and B(ii) because the case is so complex, due to the number of defendants and the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits of the Speedy Trial Act. For the severed tax counts against defendants Priscilla Hunter and Michelle Campbell, the time from May 16, 2008, through July 11, 2008, is excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) because failure to do so would unreasonably deny the defendants continuity of counsel and reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

IT IS SO ORDERED

DATED: _____

_____
SUSAN ILLSTON
United States District Judge