| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | ROBIN L. HARRIS (CABN 123364)<br>TRACIE L. BROWN (CABN 184339) |
| 5 | Assistant United States Attorneys |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 7 | Telephone: (415) 436-7016 |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-0565 SI |
| Plaintiff, | ) | |
| v. | ) | AMENDED NOTICE OF DISMISSAL |
| PRISCILLA HUNTER and IRIS MARTINEZ | ) | (San Francisco Venue) |
| Defendants. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment, save and except for counts twenty-eight through thirty (which charge tax evasion in violation of 26 U.S.C. § 7201 against Priscilla Hunter) against defendants Priscilla Hunter and Iris Martinez without prejudice.

DATED:                                                  Respectfully submitted,

                                                        JOSEPH P. RUSSONIELLO
                                                        United States Attorney


                                                        _____
                                                        BRIAN J. STRETCH
                                                        Chief, Criminal Division

AMENDED NOTICE OF DISMISSAL (CR 06-0565 SI)

1 | Leave is granted to the government to dismiss without prejudice the indictment, save and
2 | except for counts twenty-eight through thirty, with regard to Defendants Priscilla Hunter and Iris
3 | Martinez.

Date: _____

                                           Honorable Susan Illston
                                           United States District Judge