UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PRISCILLA HUNTER, MICHELLE CAMPBELL, IRIS MARTINEZ, MICHAEL HUNTER, DARLENE CRABTREE, ALLAN CRABTREE, FRED NAREDO, and KATHY REDHORSE-STALLWORTH,<br><br>Defendants. | Criminal No. CR-06-0565-SI<br><br>[PROPOSED] ORDER EXCLUDING <u>TIME UNDER SPEEDY TRIAL ACT</u> |

This matter came on for status and trial setting on August 29, 2008 at 11:00 a.m. With respect to the remaining charges against defendant Priscilla Hunter, the time from August 29, 2008 through September 22, 2008, is excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) because failure to do so would unreasonably deny the defendant continuity of counsel and reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

IT IS SO ORDERED.

DATED: __9/8/08__

Wm. Alsup for
_____
SUSAN ILLSTON
United States District Judge